### Holy Nazarene Tabernacle Church v. Mattie L. Thornton et al.

### On Appeal of Mattie L. Thornton, Appellant, v. The People of the State of Illinois, Appellee.

### Gen. No. 20,366.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in this court at the March term, 1914. Reversed. Opinion filed December 21, 1914. Rehearing denied January 4, 1915.

### Statement of the Case.

Suit for an injunction by the Holy Nazarene Tabernacle Church against Mattie L. Thornton and others. From an order of punishment based on a finding that Mattie L. Thornton was guilty of contempt of court in wilfully violating such injunction, she appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

E. H. WRIGHT and L. A. NEWBY, for appellant.

MACLAY HOYNE, for appellee; EDWARD E. WILSON, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. INJUNCTION, § 259*—*when order of contempt for violating injunction is erroneous.* An entry of judgment in contempt for wilfully violating an injunction is erroneous where the bill of complaint which was the basis for the injunction has been dismissed.

2. INJUNCTION, § 209*—*what order constitutes dismissal of bill.* Where a corporation brought suit for an injunction and the defendant filed a plea of *nul tiel corporation,* and on reference to a master a report was filed, whereupon the defendant moved the chancellor to confirm the report and to dismiss the bill of complaint, an order stating that the court sustained the master's report and restored the rights of the defendant was, in substance and in view of what was intended, an order for dismissal of the bill.

---

## Holy Nazarene Tabernacle Church v. Mattie L. Thornton et al.

### On Appeal of W. G. Anderson, Appellant, v. The People of the State of Illinois, Appellee.

### Gen. No. 20,367. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in this court at the March term, 1914. Reversed. Opinion filed December 21, 1914. Rehearing denied January 4, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.